

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC,**
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file its brief is GRANTED. Appellee's brief is due no later than February 3, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court